Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lenora R. Culliton**
**fka Lenora R. Miller**
    Debtor(s)

Bankruptcy Case No.: 16–24118–CMB
ENTERED BY DEFAULT
Chapter: 7
Docket No.: 113 – 108

# ORDER

    **IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED.**

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: July 11, 2019

                                                              Carlota M. Böhm, Judge
                                                              United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-24118-CMB
Lenora R. Culliton                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Jul 11, 2019
                              Form ID: 302            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db             +Lenora R. Culliton,    1625 Loretta Drive,     Pittsburgh, PA 15235-2325
tr             +Ronda J. Winnecour,    Chapter 13 Trustee,    Suite 3250, USX Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14317129       +Auto Loan,    45 Haverhill Street,    Andover, MA 01810-1499
14317130       +Berstein-Burkley, P.C.,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14317131       +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14317132        Debt Recovery Solutions,    Syosset, NY 11791
14317133       +Dollar Bank,    2700 Liberty Ave,    Pittsburgh, PA 15222-4700
14317134       +Duquesne Light,    PO Box 67,    Pittsburgh, PA 15267-0067
14317135       +Envision Payment Solutions, INC,    PO BOX 157,    Suwanee, GA 30024-0157
14337030       +Lease and Rental Management Corp. d/b/a Auto Loan,     45 Haverhill Street,
                 Andover, MA 01810-1414
14317136       +MOHELA- A Department of Education,     PO Box 105347,    Atlanta, GA 30348-5347
14317137       +NCB Management Services,    One Allied Drive,    Trevose, PA 19053-6945
14323290        NCB Management Services,    Feasterville Trevose, PA 19053
14317138       +Philips and Cohen Associates, Ltd,     PO BOX 5790,    Hauppauge, NY 11788-0164
15023888       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14351817        US Bank, NA etal,    Wells Fargo Bank, NA,    Default Documents Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
14391265       +US Department of Education/MOHELA,     633 Spirit Dr,    Chesterfield MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: WFFC.COM Jul 12 2019 05:33:00      Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN  55121-7700
14317128       +EDI: AFNIRECOVERY.COM Jul 12 2019 05:33:00      AFNI,    PO BOX 3097,
                 Bloomington, IL 61702-3097
14364749        EDI: AIS.COM Jul 12 2019 05:33:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14385538       +E-mail/Text: kburkley@bernsteinlaw.com Jul 12 2019 10:46:51      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14325499       +EDI: PRA.COM Jul 12 2019 05:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14317139       +E-mail/Text: tvincequerra@chromefcu.org Jul 12 2019 10:46:47      Pittsburgh Central FCU,
                 2601 Wexford Bayne RD.,    Sewickley, PA 15143-4029
14317141        EDI: NEXTEL.COM Jul 12 2019 05:33:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197
14317140       +E-mail/Text: compliance@sentrycredit.com Jul 12 2019 10:46:57      Sentry Credit, Inc,
                 2809 Grand Avenue,    Everett, WA 98201-3417
14317142       +EDI: VERIZONCOMB.COM Jul 12 2019 05:33:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
14317144       +EDI: WFFC.COM Jul 12 2019 05:33:00      Wells Fargo Bank,    PO BOX 14411,
                 Des Moines, IA 50306-3411
14317143       +EDI: WFFC.COM Jul 12 2019 05:33:00      Wells Fargo Bank,    PO BOX 10368,
                 Des Moines, IA 50306-0368
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              US Bank National Association, As Trustee etal
cr              US Bank National Association, as Trustee, successo
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14323281*      +AFNI,    PO BOX 3097,    Bloomington, IL 61702-3097
14323282*      +Auto Loan,    45 Haverhill Street,    Andover, MA 01810-1499
14323283*      +Berstein-Burkley, P.C.,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14323284*      +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14323285*       Debt Recovery Solutions,    Syosset, NY 11791
14323286*      +Dollar Bank,    2700 Liberty Ave,    Pittsburgh, PA 15222-4700
14323287*      +Duquesne Light,    PO Box 67,    Pittsburgh, PA 15267-0067
14323288*      +Envision Payment Solutions, INC,    PO BOX 157,    Suwanee, GA 30024-0157
14323289*      +MOHELA- A Department of Education,     PO Box 105347,    Atlanta, GA 30348-5347
14323291*      +Philips and Cohen Associates, Ltd,     PO BOX 5790,    Hauppauge, NY 11788-0164
14323292*      +Pittsburgh Central FCU,    2601 Wexford Bayne RD.,    Sewickley, PA 15143-4029
14323293*      +Pittsburgh Central FCU,    2601 Wexford Bayne RD.,    Sewickley, PA 15143-4029
14323296*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    PO Box 4191,    Carol Stream, IL 60197)
14323294*      +Sentry Credit, Inc,    2809 Grand Avenue,    Everett, WA 98201-3417
14323295*      +Sentry Credit, Inc,    2809 Grand Avenue,    Everett, WA 98201-3417
14323297*      +Verizon,    PO Box 15124,    Albany, NY 12212-5124
14323299*      +Wells Fargo Bank,    PO BOX 14411,    Des Moines, IA 50306-3411
14323298*      +Wells Fargo Bank,    PO BOX 10368,    Des Moines, IA 50306-0368
                                                                                   TOTALS: 3, * 19, ## 0
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Jul 11, 2019
                              Form ID: 302            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              Franklin L. Robinson, Jr.    on behalf of Debtor Lenora R. Culliton frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    US Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association as Trustee for GSMPS Mortgage Loan Trust 2004-4
               bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    US Bank National Association, As Trustee etal
               pawb@fedphe.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
                                                                                             TOTAL: 7
```